# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MARSHA A. STORY                                                                             PLAINTIFF

V.                                   NO. 4:11CV00338 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 25th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE